IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:24-CV-00464-BO

**Teresa Desoto,** individually and for others similarly situated,

    Plaintiff,

v.

**Woodbury Wellness Center**,

    Defendant.

**Order**

This matter is before the court on the parties' joint motion to stay. D.E. 17. They request a stay of proceedings and deadlines pending mediation. *Id*.

For good cause shown, the court grants the motion to stay. D.E. 17. It orders as follows:

1. This matter, including the deadlines to file responsive pleadings and submit a Rule 26(f) Report, are stayed through March 15, 2025.

2. On or before March 29, 2025, the parties shall submit a notice informing the court whether the matter has been resolved.

3. If the matter has not been resolved, the parties shall submit their joint Rule 26(f) report on or before March 29, 2025 and shall satisfy all other deadlines deemed necessary by the court.

Dated: January 8, 2025.

*Robert T. Numbers II*
_____
ROBERT T. NUMBERS, II
UNITED STATES MAGISTRATE JUDGE