IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Case No.: 7:24-cv-00464-BO-RN

TERESA DESOTO, Individually and for      )
Others Similarly Situated,               )
                                         )
          Plaintiffs,                    )
                                         )
     v.                                  )          **ORDER**
                                         )
WOODBURY WELLNESS CENTER, INC.,          )
                                         )
          Defendant.                     )
                                         )
_____  )

Upon finding good cause, the parties' Joint Motion Requesting a Stay of Litigation is

**GRANTED**. It appearing to the undersigned that good cause exists for the stay, it is hereby

ORDERED:

1. This action is stayed until August 29, 2025.

2. Within fourteen (14) days of the date that the stay expires, September 12, 2025,

   the Parties shall either submit a notice informing the Court that the matter has been

   resolved, or if the matter is not resolved through mediation, the Parties shall submit

   a proposed 26(f) Report and resume litigation.

Thereby, this matter is stayed until August 29, 2025, to permit the parties to pursue

mediation.

IT IS SO ORDERED, this the 25 day of June, 2025.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE