IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
Civil Case No.: 7:24-cv-00464-BO-RN

| | |
|---|---|
| TERESA DESOTO, Individually and for Others Similarly Situated, ) ) ) Plaintiffs, ) ) v. ) ) WOODBURY WELLNESS CENTER, INC., ) ) Defendant. ) ) ) ) | **ORDER** |

This matter comes before the Court on the parties Joint Motion to Approve the Settlement Agreement [Dkt. 37]. The Court finds the parties' Settlement Agreement and Release [Dkt. 37, Exhibit A] to be a fair and reasonable settlement of a bona fide dispute. The Court GRANTS the parties' Joint Motion, approves the settlement, and dismisses this action with prejudice.

SO ORDERED this 16 of October, 2025.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE